# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SHAW,<br><br>           Plaintiff,<br><br>      v.<br><br>KAISER FOUNDATION HOSPITAL, INC., a California corporation, and DOES 1 to 20,<br><br>           Defendants. | CV F 11 - 0209 AWI DLB<br><br>ORDER ON PARTIES' STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, an action may be voluntarily dismiss without order of the court upon stipulation of the parties.  On June 22, 2011, the parties filed a document stipulating to voluntary dismissal of this action without prejudice. Document # 22.  The court has examined the stipulation of dismissal and the docket report in this case and finds that the action is DISMISSED without prejudice, each party to bear its own costs and attorney fees.

It is therefore hereby ORDERED that the Clerk of the Court shall CLOSE the CASE. IT IS SO ORDERED.

Dated:   June 23, 2011                                     _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE